# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Anthony Scalia | **Chapter:** 13 |
| **SSN:** xxx–xx–5339<br>Scalia Landscaping | **Case No.:** 17–11173–BLS<br><br>Claim No.* (if known): 4<br>Amount (if known): $177,901.62 |

## NOTICE OF TRANSFER OF CLAIM

To The Bank of New York Mellon Claimant/Transferor:

    YOU ARE HEREBY NOTIFIED that on 2/24/2020, a Transfer of Claim was filed with this Court purporting to transfer to The Bank of New York Mellon c/o NewRez LLC DBA Shellpoint Mortgage Servicing, Transferee, a claim previously filed by you.

    Any objection to this Transfer must be in writing and filed with the Clerk at the address below within (21) days of the date of this Notice, and a copy served on the Transferee. If no objection is timely received by the Court, the Transferee will be substituted as the original claimant without further order of the Court.

| Clerk of Court | Transferee |
|---|---|
| United States Bankruptcy Court<br>District of Delaware<br>824 Market Street<br>Wilmington, DE 19801 | The Bank of New York Mellon<br>c/o NewRez LLC DBA Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603–0826 |

Dated: 2/26/2020

_Una O'Boyle_

Una O'Boyle, Clerk of Court

*Claim no. as assigned by the Court, which may be different from the claim no. as assigned by the Trustee.