| Fill in this information to identify the case: |
|---|
| **Debtor 1**     Anthony Scalia |
| **Debtor 2** (Spouse, if filing) |
| United States Bankruptcy Court for the:    District of    Delaware (State) |
| Case number    17-11173-BLS |

Form 4100R

# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** The Bank Of New York Mellon FKA The Bank Of New York, As Trustee For The Certificateholders CWALT, INC., Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX7564

**Property address:** 504 N Dupont Rd
Number    Street

Wilmington, DE 19804
City    State    ZIP Code

### Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:    11/01/2022
MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:    (a) $    0.00
b. Total fees, charges, expenses, escrow, and costs outstanding    +(b) $    0.00
c. **Total.** Add lines a and b    (c) $    0.00

Creditor asserts that the debtor(s) are contractually Obligated for the post-petition payment(s) that first became Due on:    _____
MM/DD/YYYY

Debtor 1 __**Anthony Scalia**_____ Case number 17-11173-BLS
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- ▪ all payments received;
- ▪ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ▪ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/s/Toni Townsend**              Date  **09/13/2022**
   Signature

Print   **Toni Townsend**              Title  **Authorized Agent for the Creditor**
      First Name   Middle Name   Last Name

Company   **McCalla Raymer Leibert Pierce, LLC**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   **1544 Old Alabama Road**
      Number         Street

          **Roswell, GA 30076**
      City        State      Zip Code

Contact phone  **(312) 346-9088 X5174**   Email  **Toni.Townsend@mccalla.com**

| | |
|---|---|
| In Re:   Anthony Scalia | Bankruptcy Case No.:   17-11173-BLS<br>Chapter:   13<br>Judge:   Brendan Linehan Shannon |

## CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Anthony Scalia
504 N. Dupont Road
Wilmington, DE 19804

Lawrence A Ramunno                           *(served via ECF Notification)*
RAMUNNO & RAMUNNO, P.A.
903 N. French Street
Wilmington, DE 19801

William F Jaworski, Jr., Trustee             *(served via ECF Notification)*
Office of the Chapter 13 Trustee
824 N Market Street, Suite 1002
Wilmington, DE 19801

U.S. Trustee                                 *(served via ECF Notification)*
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   09/13/2022       By:    /s/Toni Townsend
              (date)                        Toni Townsend,
                                       Authorized Agent for the Creditor