IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: : Bk. Case No: 17-11173 (BLS)
ANTHONY SCALIA :
Debtor. : Chapter 13

### INTERIM ACCOUNT OF CHAPTER 13 TRUSTEE, DECLARATION OF FULL PERFORMANCE, AND REQUEST FOR DISCHARGE OF DEBTOR AND ENTRY OF ORDER DEEMING ANY MORTGAGE CURRENT

William F. Jaworski, Jr., Chapter 13 Trustee, respectfully represents as follows:

1. Attached hereto as "Exhibit A" and by this reference made a part hereof, is an Interim Account of William F. Jaworski, Jr., Chapter 13 Trustee (the "Interim Account").

2. Upon information and belief the Interim Account accurately reflects an accounting of all funds received and disbursed by the Chapter 13 Trustee.

3. According to the Interim Account, and to the best information of the Chapter 13 Trustee, the Debtor has performed his/her obligations under the Plan, and has, if applicable, fully performed as required to cure all prepetition mortgage arrears, paid all mortgage payments, fees, charges, assessments, and escrows, due through, and including, the date of this Interim Account (the "mortgage claim"), and is entitled to a Discharge.

4. The Chapter 13 Trustee therefore requests the Court, after appropriate notice, enter an Order deeming the Debtor current on all applicable mortgage claims as of the date of this Interim Account.

5. Pursuant to 11 U.S.C. Section 1328(a)(1) the Debtor shall not be discharged from applicable mortgage claims, if any, due after the date of this Interim Account.

6. Upon acknowledgment that all cancelled disbursement checks have cleared the Bank the Chapter 13 Trustee will file a Final Report.

WHEREFORE, William F. Jaworski, Jr., Chapter 13 Trustee, respectfully requests that the Court notice the consummation of the Chapter 13 Plan and grant a Discharge to the Debtor as may be appropriate, and enter an Order deeming any existing mortgages current as of the date of this Report.

/s/ William F. Jaworski, Jr.
William F. Jaworski, Jr.
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

ANTHONY SCALIA : Bk. Case No: 17-11173 (BLS)
Debtor. :
: Chapter 13

## **O R D E R**

**AND NOW,** this _____ day of _____, 202__, after appropriate notice and hearing of the Chapter 13 Trustee's Interim Account, Declaration of Full Performance, and Request for Discharge of Debtor and Entry of Order Deeming any Mortgage Current,

**IT IS ORDERED,** that the Interim Account is approved and the Debtor is entitled to a Discharge; and

**IT IS FURTHER ORDERED,** that the Debtor is deemed current on all applicable mortgage claims as of the date of the Interim Account; and

**IT IS FURTHER ORDERED,** that pursuant to 11 U.S.C. Sec. 1328(a)(1) the Debtor shall not be discharged from applicable mortgage claims if any due after the date of the Interim Account.

_____
United States Bankruptcy Judge

TRUSTEE'S CERTIFICATE OF SERVICE

I, William F. Jaworski, Jr., Chapter 13 Trustee of the within estate, do hereby certify that on this 19th day of October, 2022, I caused one copy of the within Interim Report to be served by United States Mail, Postage Prepaid, to the following:

ANTHONY SCALIA
504 N. DUPONT ROAD
WILMINGTON, DE  19804
Debtor(s)

LAWRENCE A. RAMUNNO, ESQUIRE
RAMUNNO & RAMUNNO P.A.
903 N. FRENCH STREET
WILMINGTON, DE 19805
Attorney for Debtor(s)

/s/ William F. Jaworski, Jr.
William F. Jaworski, Jr.
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

# United States Bankruptcy Court
## FOR THE
## DISTRICT OF DELAWARE

IN RE: ANTHONY SCALIA
     504 N. DUPONT ROAD                Case No.: 17-11173 BLS-13
     WILMINGTON, DE  19804

## INTERIM REPORT
DATED: October 19, 2022
COMPLETE(HOLD TO CLEAR)

Pursuant to Federal Rule of Bankruptcy Procedure 2015 (c), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. A summary of these detailed records is set forth below:

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of the creditors. $31149.39

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | WSFS | UNSECURED | 227.29 | 0.00 | 0.00 | 0.00 |
| 002 | SUNTRUST BANK | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | SUNTRUST BANK | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | NewRez LLC | PREPETITION MORTGAGE ARREA | 28485.56 | 28485.56 | 0.00 | 0.00 |
| 100 | SELECT PORTFOLIO SERVICING, IN | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | DSNB | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | MIDLAND FUNDING, LLC | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| REFUND CLOSED CASE | 359.33 |
| PREPETITION MORTGAGE ARREARS | 28485.56 |
| TRUSTEE COMMISSION | 2304.50 |
| TOTAL DISBURSEMENTS | 31149.39 |

ATTORNEY       : LAWRENCE A. RAMUNNO, ESQUIRE
DATE FILED     : 05-22-17
DATE CONFIRMED : 09-25-17
DATE TERMINATED :

/s/ William F. Jaworski, Jr.
TRUSTEE