| Fill in this information to identify the case: |
| --- |
| Debtor 1    Anthony Scalia dba Scalia Landscaping |
| Debtor 2 |
| United States Bankruptcy Court for the: District of Delaware |
| Case number :    17-11173-BLS |

## Official Form 410S1

# Notice of Mortgage Payment Change  *Please see addendum on page 5* 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
| --- | --- | --- | --- |
| **Name of creditor:** | **THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB** | **Court claim no.** (if known): | **4** |
| **Last 4 digits** of any number you use to identify the debtor's account: | 7564 | **Date of payment change:** Must be at least 21 days after date of this notice | *08/01/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,329.16 |

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [X] No

   [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:**                              **New escrow payment:**

### Part : 2   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**                              **New interest rate:**
   **Current Principal and interest payment:**       **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [ ] No

   [X] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:    Assistance End
   **Current mortgage payment: $**1329.16              **New mortgage payment: $**1329.16

| | | |
| --- | --- | --- |
| Official Form 410S1 | **Notice of Mortgage Payment Change** | page 1 |

Debtor 1 <u>Anthony Scalia dba Scalia Landscaping</u>   Case number (if known)   <u>17-11173-BLS</u>
          First Name    Middle Name    Last Name

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Mary Vitartas</u>                     Date <u>07/10/2020</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Mary Vitartas | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

Official Form 410S1       **Notice of Mortgage Payment Change**       page 2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___13th___ day of July, 2020.

/s/ Mary Vitartas

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 17-11173-BLS)

Debtor
Anthony Scalia
504 N. Dupont Road
Wilmington, DE 19804
dba Scalia Landscaping

Attorney
Lawrence A Ramunno
RAMUNNO & RAMUNNO, P.A.
903 N. French Street
Wilmington
Wilmington, DE 19801

Trustee
Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

US Trustee
U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

## ADDENDUM

Please be advised the borrower received payment assistances for the following months, and thus has received the benefit of the lower payment amount.

| Due Date | P&I | Escrow | Assistance | Total |
|---|---|---|---|---|
| **07/01/2020** | $1003.97 | $325.19 | $515.80 | $813.36 |
| **06/01/2020** | $1003.97 | $325.19 | $517.67 | $811.49 |
| **05/01/2020** | $1003.97 | $325.19 | $519.54 | $809.62 |
| **04/01/2020** | $1003.97 | $325.19 | $521.40 | $807.76 |
| | | | | |
| | | | | |
| | | | | |