| Fill in this information to identify the case: |
|---|
| Debtor 1    Anthony Scalia dba Scalia Landscaping |
| Debtor 2 |
| United States Bankruptcy Court for the: District of Delaware |
| Case number :    17-11173-BLS |

## Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB

**Court claim no.** (if known): **4**

**Last 4 digits** of any number you use to identify the debtor's account: **7564**

**Date of payment change:** **02/01/2021**
Must be at least 21 days after date of this notice

**New total payment:** **$1,335.12**
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment: $325.19**    **New escrow payment: $331.15**

### Part : 2 Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:**            **New interest rate:**
   **Current Principal and interest payment:**    **New principal and interest payment:**

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   **Current mortgage payment:**            **New mortgage payment:**

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor 1  <u>Anthony Scalia dba Scalia Landscaping</u>          Case number (if known)    <u>17-11173-BLS</u>
    First Name  Middle Name  Last Name

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Mary Vitartas</u>          Date <u>01/08/2021</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Mary Vitartas | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the 8th day of January, 2021.

/S/ Mary Vitartas

---

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 17-11173-BLS)**

Debtor
Anthony Scalia
504 N. Dupont Road
Wilmington, DE 19804

Attorney
Lawrence A Ramunno
RAMUNNO & RAMUNNO, P.A.
903 N. French Street
Wilmington
Wilmington, DE 19801

Trustee
Michael B. Joseph - Chapter 13 Trustee
824 Market Street
P.O. Box 1351
Wilmington, DE 19899-1351

US Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

ANTHONY SCALIA
504 N DUPONT RD
WILMINGTON DE  19804

Analysis Date: November 30, 2020
Loan:
Property Address:
504 N DUPONT RD
WILMINGTON, DE  19804

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2021 | Prior Esc Pmt | August 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,003.97 | $1,003.97** | P & I Pmt: | $1,003.97 | Due Date: | July 01, 2020 |
| Escrow Pmt: | $325.19 | $331.15 | Escrow Pmt: | $325.19 | Escrow Balance: | $8,769.34 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $2,276.33 |
| Asst. Pmt (-): | $515.80 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $1,123.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $813.36 | $1,335.12 | Total Payment | $1,329.16 | Anticipated Escrow Balance: | $9,922.67 |

| Shortage/Overage Information | Effective Feb 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $3,973.76 |
| Required Cushion | $662.29 |
| Required Starting Balance | $974.06 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 662.29. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 662.29 or 1/6 of the anticipated payment from the account.

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

This is a statement of actual activity in your escrow account from Jan 2020 to Jan 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | (1,734.27) |
| Jan 2020 | | 316.86 | | | * | | 0.00 | (1,417.41) |
| Jan 2020 | | 316.86 | | | * | | 0.00 | (1,100.55) |
| Jan 2020 | | | | 946.00 | * | Hazard | 0.00 | (2,046.55) |
| Feb 2020 | | 316.86 | | | * | | 0.00 | (1,729.69) |
| Feb 2020 | | 316.86 | | | * | | 0.00 | (1,412.83) |
| Mar 2020 | | 316.86 | | | * | | 0.00 | (1,095.97) |
| Apr 2020 | | 321.20 | | | * | | 0.00 | (774.77) |
| May 2020 | | 316.86 | | | * | | 0.00 | (457.91) |
| May 2020 | | (4.34) | | | * | | 0.00 | (462.25) |
| Jun 2020 | | 316.86 | | | * | | 0.00 | (145.39) |
| Jul 2020 | | 316.86 | | | * | | 0.00 | 171.47 |
| Sep 2020 | | 316.86 | | | * | | 0.00 | 488.33 |
| Sep 2020 | | | | 2,207.84 | * | County Tax | 0.00 | (1,719.51) |
| Oct 2020 | | 650.38 | | | * | | 0.00 | (1,069.13) |
| Oct 2020 | | 325.19 | | | * | | 0.00 | (743.94) |
| Oct 2020 | | | | 68.85 | * | Hazard | 0.00 | (812.79) |
| Nov 2020 | | 650.38 | | | * | | 0.00 | (162.41) |
| | | | | | | Anticipated Transactions | 0.00 | (162.41) |
| Jan 2021 | | 2,276.33 P | | 1,123.00 | | Hazard | | 990.92 |
| | $0.00 | $7,070.88 | $0.00 | $4,345.69 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: November 30, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 9,922.67 | 974.06 |
| Feb 2021 | 331.15 | 642.92 | Utility District Tax | 9,610.90 | 662.29 |
| Mar 2021 | 331.15 | | | 9,942.05 | 993.44 |
| Apr 2021 | 331.15 | | | 10,273.20 | 1,324.59 |
| May 2021 | 331.15 | | | 10,604.35 | 1,655.74 |
| Jun 2021 | 331.15 | | | 10,935.50 | 1,986.89 |
| Jul 2021 | 331.15 | | | 11,266.65 | 2,318.04 |
| Aug 2021 | 331.15 | | | 11,597.80 | 2,649.19 |
| Sep 2021 | 331.15 | 2,207.84 | County Tax | 9,721.11 | 772.50 |
| Oct 2021 | 331.15 | | | 10,052.26 | 1,103.65 |
| Nov 2021 | 331.15 | | | 10,383.41 | 1,434.80 |
| Dec 2021 | 331.15 | | | 10,714.56 | 1,765.95 |
| Jan 2022 | 331.15 | 1,123.00 | Hazard | 9,922.71 | 974.10 |
| | $3,973.80 | $3,973.76 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 9,922.67. Your starting balance (escrow balance required) according to this analysis should be $974.06.

We anticipate the total of your coming year bills to be 3,973.76. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $331.15 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $331.15 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826